No. 96–335. HARRISON v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–346. SCIANNA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–351. COOK ET UX., INDIVIDUALLY AND DBA ANDY COOK'S TRUCK STOP v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–352. VINES v. HAMILTON. C. A. 11th Cir. Certiorari denied.

No. 96–368. MARTINEZ v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–369. RETIRED CHICAGO POLICE ASSN. v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–378. KUPCHO v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–392. SERTICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–393. STOWE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–401. SCAMBOS v. PETRIE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–406. SIMMONS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–407. NIERENGARTEN ET UX. v. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES. Ct. App. Wis. Certiorari denied.

No. 96–410. GATE v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5047. GLENDORA v. MALONE. C. A. 2d Cir. Certiorari denied.